PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: sketner@littler.com

Attorneys for Defendant
CAESARS ENTERPRISE SERVICES, LLC (incorrectly named as
"CAESARS ENTERTAINMENT CORPORATION")

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE WHITTIER, an individual; | |
| Plaintiff, | Case No. 2:18-00213-GMN-CWH |
| vs. | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| CAESARS ENTERTAINMENT CORPORATION, a Foreign Corporation, dba CAESARS ENTERTAINMENT, LAS VEGAS; DOES I-X, ROE CORPORATIONS I-X. | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff TERRENCE WHITTIER ("Plaintiff") and Defendant CAESARS ENTERPRISE SERVICES, LLC (incorrectly named as "CAESARS ENTERTAINMENT CORPORATION" and hereinafter referred to as "Defendant"), by and through their respective counsel, do hereby stipulate and agree to an extension of two (2) weeks, up to and including March 14, 2018, for Defendant to file its first responsive pleading to Plaintiff's Complaint.

///

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
200 S. Virginia St.
8th Floor
Reno, NV 89501
775.348.4888

Firmwide:152969491.1 083558.1000

1    This Stipulation is made in good faith and not for purposes of delay as defense counsel has

2    recently been retained and needs sufficient time to prepare the responsive pleading.

3    Dated: February 21, 2018                    February 21, 2018

4

5    /s/Jenny L. Foley                           /s/Sandra Ketner

6    JENNY L. FOLEY, Ph.D., ESQ.                 PATRICK H. HICKS, ESQ.
     HKM EMPLOYMENT ATTORNEYS LLP               SANDRA KETNER, ESQ.
                                                 LITTLER MENDELSON, P.C.
7
     Attorneys for Plaintiff
8    TERRENCE WHITTIER                           Attorneys for Defendant
                                                 CAESARS ENTERPRISE SERVICES, LLC
9                                                (incorrectly named as "CAESARS
                                                 ENTERTAINMENT CORPORATION")
10

11

12                                              **ORDER**

13                                              IT IS SO ORDERED.

14

15                                              _____

16                                              U.S. DISTRICT/MAGISTRATE JUDGE

17                                              Dated this ___22nd___ day of February, 2018.

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
200 S. Virginia St.
8th Floor
Reno, NV 89501
775.348.4888

Firmwide:152969491.1 083558.1000