1  PATRICK H. HICKS, ESQ., Bar # 4632
   SANDRA KETNER, ESQ., Bar # 8527
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:   702.862.8800
   Fax No.:       702.862.8811
5  Email: phicks@littler.com
   Email: sketner@littler.com
6
7  Attorneys for Defendant
   CAESARS ENTERPRISE SERVICES, LLC (incorrectly named as
   "CAESARS ENTERTAINMENT CORPORATION")

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE WHITTIER, an individual; | |
| Plaintiff, | Case No. 2:18-00213-GMN-CWH |
| vs. | **STIPULATION TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION** |
| CAESARS ENTERTAINMENT CORPORATION, a Foreign Corporation, dba CAESARS ENTERTAINMENT, LAS VEGAS; DOES I-X, ROE CORPORATIONS I-X. | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff TERRENCE WHITTIER ("Plaintiff") and Defendant CAESARS ENTERPRISE SERVICES, LLC (incorrectly named as "CAESARS ENTERTAINMENT CORPORATION" and hereinafter referred to as "Defendant"), by and through their respective counsel, do hereby stipulate and request that the Early Neutral Evaluation ("ENE") session currently scheduled for March 13, 2018, be rescheduled to a later date for the reasons set forth herein.

Counsel for the parties are currently engaged in discussions regarding potential legal deficiencies in the claims asserted in Plaintiff's Complaint (ECF No. 1). Counsel believes that such discussions will likely result in Plaintiff filing an amended complaint before Defendant files its responsive pleading. Defendant's first responsive pleading is not due until March 14, 2018, the day after the currently scheduled ENE. (ECF No. 10). Therefore, the parties will not likely be fully

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
200 S. Virginia St.
8th Floor
Reno, NV  89501
775.348.4888

Firmwide:153052335.1 079206.1009

apprised of and have an opportunity to analyze the claims and defenses of the opposing party at the time of the currently scheduled ENE (or the date that the parties' ENE Statements are due).

The parties believe that they will be unable to engage in meaningful settlement discussions if the ENE is held on March 14, 2018. Therefore, the parties request that the ENE be rescheduled for a date after April 5, 2018. If the Court is inclined to reschedule the ENE, the parties suggest that they be ordered to contact chambers to obtain available dates in April for the ENE. This Stipulation is made in good faith and not for purposes of delay.

Dated: February 23, 2018    February 23, 2018

/s/Jenny L. Foley    /s/Sandra Ketner
JENNY L. FOLEY, Ph.D., ESQ.    PATRICK H. HICKS, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP    SANDRA KETNER, ESQ.
    LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
TERRENCE WHITTIER    Attorneys for Defendant
    CAESARS ENTERPRISE SERVICES, LLC
    (incorrectly named as "CAESARS
    ENTERTAINMENT CORPORATION")

## **ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated this __26th__ day of February, 2018.

The Early Neutral Evaluation session scheduled for March 13, 2018 is VACATED and RESCHEDULED to April 6, 2018 at 10:00 AM. The ENE confidential statement is due by 4:00 PM, March 30, 2018. All else as stated in the Order setting the ENE (ECF No. 9) remains unchanged.

2.

Firmwide:153052335.1 079206.1009