PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: sketner@littler.com

Attorneys for Defendant
CAESARS ENTERPRISE SERVICES, LLC (incorrectly named as
"CAESARS ENTERTAINMENT CORPORATION")

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE WHITTIER, an individual;<br><br>                Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Foreign Corporation, dba CAESARS ENTERTAINMENT, LAS VEGAS; DOES I-X, ROE CORPORATIONS I-X.<br><br>                Defendants. | Case No. 2:18-00213-GMN-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff TERRENCE WHITTIER ("Plaintiff") and Defendant CAESARS ENTERPRISE SERVICES, LLC (incorrectly named as "CAESARS ENTERTAINMENT CORPORATION" and hereinafter referred to as "Defendant"), by and through their respective counsel, do hereby stipulate and agree to a second extension of two (2) weeks, up to and including March 28, 2018, for Defendant to file its first responsive pleading to Plaintiff's Complaint. Plaintiff is in the process of confirming the identity of the correct entity that employed Plaintiff in order to file an amended complaint. Plaintiff is also in the process of amending certain claims and allegations which will likely avoid the filing of a motion pursuant to Federal Rule of Civil Procedure 12(b)(6). The parties appreciate the Court's patience while they work together to avoid motion practice which will only serve to delay the proceedings and unnecessarily utilize the

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
200 S. Virginia St.
8th Floor
Reno, NV 89501
775.348.4888

Firmwide:153296920.1 083558.1239

Court's time. This Stipulation is made in good faith and not for purposes of delay.

Dated: March 8, 2018          March 8, 2018

/s/Jenny L. Foley          /s/Sandra Ketner
JENNY L. FOLEY, Ph.D., ESQ.      PATRICK H. HICKS, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP    SANDRA KETNER, ESQ.
                                        LITTLER MENDELSON, P.C.

Attorneys for Plaintiff
TERRENCE WHITTIER         Attorneys for Defendant
                                        CAESARS ENTERPRISE SERVICES, LLC
                                        (incorrectly named as "CAESARS
                                        ENTERTAINMENT CORPORATION")

**ORDER**

IT IS SO ORDERED.

_____
U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

Dated this __9th__ day of March, 2018.

Firmwide:153296920.1 083558.1239

2.