1  PATRICK H. HICKS, ESQ., Bar # 4632
   SANDRA KETNER, ESQ., Bar # 8527
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV 89169-5937
4  Telephone: 702.862.8800
   Fax No.:    702.862.8811
5  Email: phicks@littler.com
   Email: sketner@littler.com
6
7  Attorneys for Defendant
   CAESARS ENTERPRISE SERVICES, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE WHITTIER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERPRISE SERVICES, LLC; DOES I-X, ROE CORPORATIONS I-X.<br><br>Defendants. | Case No. 2:18-00213-GMN-CWH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

///

///

///

///

///

Firmwide:155460003.1 083558.1239

Each party will bear its own costs and attorneys' fees. All appearing parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case.

Dated: June 26, 2018                                   June 26, 2018

/s/Jenny L. Foley                                      /s/Sandra Ketner
JENNY L. FOLEY, Ph.D., ESQ.                            PATRICK H. HICKS, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP                           SANDRA KETNER, ESQ.
                                                       LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
TERRENCE WHITTIER                                      Attorneys for Defendant
                                                       CAESARS ENTERPRISE SERVICES, LLC

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated this ___1___ day of July, 2018.

2.

Firmwide:155460003.1 083558.1239

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
200 S. Virginia St.
8th Floor
Reno, NV 89501
775.348.4888